STEPHEN N. HOLLMAN, ESQ., STATE BAR NO. 055219
Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA  95113
Telephone (408) 282-1949
Facsimile (408) 275-9930

Attorneys for Defendant and Counterclaimant,
Built Entertainment Group, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUSON CORPORATION, a California corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>BUILT ENTERTAINMENT GROUP, INC., a California corporation, and DOES 1-10,<br><br>  Defendants.<br>_____<br>BUILT ENTERTAINMENT GROUP, INC., a California corporation,<br><br>  Counterclaimant,<br><br>vs.<br><br>UNUSON CORPORATION, a California corporation,<br><br>  Counterdefendant. | CASE NO. C 05 3705 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADR PROCESS TO BE MEDIATION ADMINISTERED BY JAMS**<br><br>[Electronic digital signatures permitted] |

Counsel for each of the parties report that they have met and conferred regarding ADR, and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

IT IS HEREBY STIPULATED AND AGREED by the parties, acting through their respective counsel, that, in lieu of the early neutral evaluation process ordered by the Court at the

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. 05 03705 MHP
STIP. & {PROP.] ORDER FOR
ADR PROCESS TO BE MEDIAT'N.
ADMINISTERED BY JAMS

Page 1

1  December 12, 2005 Case Management Conference, the parties have each agreed, subject to an
2  Order of the Court approving same, to mediation before Hon. Lourdes Baird, United States
3  District Court Judge (Ret.), under the administration of JAMS at the JAMS Resolution Center in
4  San Francisco, CA on March 7, 2006 commencing at 9:00 a.m.

5       This Stipulation does not alter the date of the next Case Management Conference
6  calendared by the Court for April 10, 2006 at 3:00 p.m.

8  DATED:  February 15, 2006     FLIESLER MEYER LLP

10       By:   /s/ *Sheldon R. Meyer*
     Sheldon R. Meyer,
11       Attorneys for Plaintiff and
     Counterdefendant,
12       UNUSON CORPORATION

13  DATED:  February 15, 2006     BUSINESS & TECHNOLOGY LAW GROUP
14

15       By:   /s/ *Stephen N. Hollman*
     Stephen N. Hollman,
16       Attorneys for Defendant and
     Counterclaimant,
17       BUILT ENTERTAINMENT
     GROUP, INC.

20  **[PROPOSED] ORDER**

21       Counsel for each of the parties having stated that they have met and conferred regarding
22  ADR, and have reached a stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

23       The parties, acting through their respective counsel, have stipulated and agreed that, in
24  lieu of the early neutral evaluation process ordered by the Court at the December 12, 2005 Case
25  Management Conference, they consent to mediation before Hon. Lourdes Baird, United States
26  District Court Judge (Ret.), under the administration of JAMS at the JAMS Resolution Center in
27  San Francisco, CA on March 7, 2006 commencing at 9:00 a.m.  Such stipulation and agreement
28  is approved, and will supersede the Minute Entry of the Court dated December 13, 2005 (ECF

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. 05 03705 MHP
STIP. & {PROP.] ORDER FOR
ADR PROCESS TO BE MEDIAT'N.
ADMINISTERED BY JAMS

Page 2

1  Docket No. 27) referring the case to early neutral evaluation.

2      This Order does not alter the date of the next Case Management Conference calendared

3  by the Court for April 10, 2006 at 3:00 p.m.

4  //

5  IT IS SO ORDERED:

6  DATED:      February 17, 2006

        Hon. Marilyn H. Patel
        United States District Judge

**GRANTED** — Judge Marilyn H. Patel (United States District Court, Northern District of California seal)

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. 05 03705 MHP
STIP. & {PROP.] ORDER FOR
ADR PROCESS TO BE MEDIAT'N.
ADMINISTERED BY JAMS

Page 3