SHELDON R. MEYER (SBN 066349) (Email: srm@fdml.com)
THOMAS A WARD (SBN 160659) (Email: taw@fdml.com)
MICHAEL L. ROBBINS (SBN 224087) (Email: mrobbins@fdml.com)
FLIESLER MEYER LLP
Four Embarcadero Center, Fourth Floor
San Francisco, California 94111
Telephone: (415) 362-3800
Facsimile (415) 362-2928

Attorneys for Plaintiff Unuson Corporation

STEPHEN N. HOLLMAN (SBN 055219) (Email: shollman@bestintechnologylaw.com)
Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, California 95113
Telephone: (408) 282-1949
Facsimile: (408) 275-9930

Attorneys for Defendant Built Entertainment Group, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNUSON CORPORATION, a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>Built ENTERTAINMENT GROUP, INC., a California Corporation; and DOES 1-10,<br><br>Defendants. | Civil Action No.: 05-3705 MHP<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~[PROPOSED]~~ ORDER** |

Plaintiff Unuson Corporation ("Unuson") and Defendant Built Entertainment Group ("Built") acting pursuant to the Court's Civil Local Rules ("Civ. L.R.") 7-12 and 16(e), stipulate to continue the date of the Case Management Conference. The Case Management Conference is now scheduled on April 10, 2006, at 3:00 p.m. Both Unuson and Built stipulate to continue the date for the Case Management Conference to Monday, May 22, 2006 at 3:00 p.m. Accordingly, the parties would submit their Joint Case Management Statement one week earlier on May 15, 2006.

## FACTS

On March 17, 2006, counsel for Unuson and Built, together with representatives of both parties, participated in a Mediation before the Honorable Lourdes G. Baird (Ret.), a JAMS mediator, in San Francisco, California. The parties have not yet reached a settlement, but continue to work towards settlement of their claims. The parties believe that a continuance of the Case Management Conference until May 22, 2006 will allow the parties to continue in their efforts to reach a settlement of their claims, or in the alternative, prepare for and appear at a Case Management Conference.

## CONCLUSION

Based on the foregoing, plaintiff and defendant request that this Court issue an order continuing the date of the currently scheduled Case Management Conference to May 22, 2006, with the Case Management Conference Statement now due May 15, 2006.

Respectfully submitted, this 3rd day of April, 2006.

| /s/ Sheldon R. Meyer | /s/ Stephen N. Hollman |
|---|---|
| Sheldon R. Meyer, Esq. | Stephen N. Hollman, Esq. |
| Fliesler Meyer LLP<br>Four Embarcadero Center, 4th Floor<br>San Francisco, California 94111<br>(415) 362-3800 | Business & Technology Law Group<br>160 W. Santa Clara Street, Ste. 1050<br>San Jose, California 95113<br>(408) 282-1949 |
| Attorneys for Plaintiff<br>Unuson Corporation | Attorneys for Defendant<br>Built Entertainment Group, Inc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Date: April 4, 2006 |



HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
Case # C-05-3705 MHP