1  SHELDON R. MEYER (SBN 063491) (Email: srm@fdml.com)
   THOMAS A WARD (SBN 160659) (Email: taw@fdml.com)
2  MICHAEL L. ROBBINS (SBN 224087) (Email: mrobbins@fdml.com)
   FLIESLER MEYER LLP
3  Four Embarcadero Center, Fourth Floor
   San Francisco, California 94111
4  Telephone: (415) 362-3800
   Facsimile (415) 362-2928
5
   Attorneys for Plaintiff Unuson Corporation
6
   STEPHEN N. HOLLMAN (SBN 055219) (Email: shollman@bestintechnologylaw.com)
7  Business & Technology Law Group
   160 W. Santa Clara Street, Suite 1050
8  San Jose, California  95113
   Telephone: (408) 282-1949
9  Facsimile: (408) 275-9930

10 Attorneys for Defendant Built Entertainment Group, Inc.

11

12                     **UNITED STATES DISTRICT COURT**

13                     **NORTHERN DISTRICT OF CALIFORNIA**

14                          **SAN FRANCISCO DIVISION**

15

16 | UNUSON CORPORATION, a California Corporation; | |
   | --- | --- |
17 | | Civil Action No.: 05-3705 MHP |
18 |        Plaintiff, | |
19 |    vs. | **STIPULATED REQUEST TO ENLARGE TIME FOR ADR** |
20 | Built ENTERTAINMENT GROUP, INC., a California Corporation; and DOES 1-10, | **COMPLIANCE AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
21 |        Defendants. | |
22

23

24

25

**STIPULATED REQUEST TO ENLARGE TIME FOR ADR COMPLIANCE AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
**Case # C-05-3705 MHP**

Plaintiff, Unuson Corporation ("Unuson"), and Defendant, Built Entertainment Group ("Built"), acting pursuant to the Court's Civil Local Rules 7-12 and 16-2(e), stipulate (i) that the time for satisfaction of the ADR requirement in this case is about to extend beyond the ninety (90) day requirement set forth in ADR Local Rule 6-4(b) following the February 17, 2006 referral by the Court of this case to mediation administered by JAMS (the "Mediation"), and that the time for satisfaction of the ADR requirement in this case should be enlarged to and through June 16, 2006; and (ii) to continue the date of the Case Management Conference now calendared for May 22, 2006 at 3:00 p.m. to Monday, June 26, 2006 at 3:00 p.m. Accordingly, the parties would submit a Case Management Conference Statement on or before June 19, 2006.

**FACTS**

The first session of the Mediation was held on March 17, 2006 in San Francisco, and the second session of the Mediation was held on April 24, 2006 in San Jose. The Mediation is ongoing and may not be completed within the ninety period prescribed by ADR Local Rule 6-4(b). The parties are continuing their communications, and the mediator has consented to continuing her attempts to facilitate a resolution of this case.

The parties believe that an enlargement of time for satisfaction of the ADR requirement in this case to and through June 16, 2006 will permit the parties and the mediator to continue in their efforts to reach a settlement of their claims, or, in the alternative, to prepare for and appear at a re-calendared Case Management Conference.

**CONCLUSION**

Based on the foregoing, Unuson and Built request that the Court issue an order enlarging the date for ADR compliance in this case to and include June 16, 2006 continuing the date of the Case Management Conference now calendared for May 15, 2006 to June 26, 2006.

**STIPULATED REQUEST TO ENLARGE TIME FOR ADR COMPLIANCE AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
**Case # C-05-3705 MHP**

2

1   Respectfully submitted, this 8th day of May, 2006.

3   /s/  Sheldon R. Meyer                              digitally signed/*Stephen N. Hollman*
4   Sheldon R. Meyer, Esq.                             Stephen N. Hollman, Esq.

5   Fliesler Meyer LLP                                 Business & Technology Law Group
    Four Embarcadero Center, 4th Floor                 160 W. Santa Clara Street, Ste. 1050
6   San Francisco, California 94111                    San Jose, California 95113
    (415) 362-3800                                     (408) 282-1949

8   Attorneys for Plaintiff                            Attorneys for Defendant
    Unuson Corporation                                 Built Entertainment Group, Inc.

    After consideration of the foregoing Stipulation, the reasons therefor, and all other matters presented to this Court, IT IS HEREBY ORDERED that (i) the time for satisfaction of the ADR requirement in this case be extended to and through June 16, 2006; and (ii) the Case Management Conference, which is now calendared for Monday, May 15, 2006 at 3:00 p.m., be continued to Monday, June 26, 2006, at 3:00 p.m.

    Dated: May 9, 2006

    IT IS SO ORDERED

    _____
    HON. MARILYN H. PATEL
    UNITED STATES DISTRICT COURT JUDGE

    (Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Marilyn H. Patel)

    **STIPULATED REQUEST TO ENLARGE TIME FOR ADR COMPLIANCE AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
    **Case # C-05-3705 MHP**