SHELDON R. MEYER (SBN 063491) (Email: srm@fdml.com)
THOMAS A WARD (SBN 160659) (Email: taw@fdml.com)
MICHAEL L. ROBBINS (SBN 224087) (Email: mrobbins@fdml.com)
FLIESLER MEYER LLP
Four Embarcadero Center, Fourth Floor
San Francisco, California 94111
Telephone: (415) 362-3800
Facsimile (415) 362-2928

Attorneys for Plaintiff Unuson Corporation

STEPHEN N. HOLLMAN (SBN 055219) (Email: shollman@bestintechnologylaw.com)
Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, California 95113
Telephone: (408) 282-1949
Facsimile: (408) 275-9930

Attorneys for Defendant Built Entertainment Group, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNUSON CORPORATION, a California Corporation;<br><br>　　　　Plaintiff,<br>　　vs.<br>BUILT ENTERTAINMENT GROUP, INC., a California Corporation; and DOES 1-10,<br><br>　　　　Defendants. | Civil Action No.: 05-3705 MHP<br><br>**STIPULATED REQUEST TO ENLARGE TIME FOR ADR COMPLIANCE AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiff, Unuson Corporation ("Unuson"), and Defendant, Built Entertainment Group ("Built"), acting pursuant to the Court's Civil Local Rules 7-12 and 16-2(e), stipulate (i) that the time for satisfaction of the ADR requirement in this case is about to extend beyond the ninety (90) day requirement set forth in ADR Local Rule 6-4(b) following the February 17, 2006 referral by the Court of this case to mediation administered by JAMS (the "Mediation"), and that the time for satisfaction of the ADR requirement in this case should be enlarged to and through August 30, 2006; and (ii) to

1

**STIPULATED REQUEST TO ENLARGE TIME FOR ADR COMPLIANCE AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
Case # C-05-3705 MHP

continue the date of the Case Management Conference now calendared for June 26, 2006 at 3:00 p.m. to Monday, September 11, 2006 at 3:00 p.m. Accordingly, the parties would submit a Case Management Conference Statement on or before September 1, 2006.

### FACTS

The first session of the Mediation was held on March 17, 2006 in San Francisco, and the second session of the Mediation was held on April 24, 2006 in San Jose. The Mediation is ongoing and may not be completed within the ninety period prescribed by ADR Local Rule 6-4(b). The parties are continuing their communications, and the JAMS mediator, Hon. Lourdes G. Baird (Ret.), has consented to continuing her attempts to facilitate a resolution of this case.

The parties believe that an enlargement of time for satisfaction of the ADR requirement in this case to and through August 30, 2006 will permit the parties and the mediator to continue in their efforts to reach a settlement of their claims, or, in the alternative, to prepare for and appear at a re-calendared Case Management Conference.

### CONCLUSION

Based on the foregoing, Unuson and Built request that the Court issue an order enlarging the date for ADR compliance in this case to and include August 30, 2006 continuing the date of the Case Management Conference now calendared for June 26, 2006 to September 11, 2006.

Respectfully submitted, this 19 day of June, 2006.

| digitally signed/*Sheldon R. Meyer* | digitally signed/*Stephen N. Hollman* |
|---|---|
| Sheldon R. Meyer, Esq.<br>Fliesler Meyer LLP<br>Four Embarcadero Center, 4th Floor<br>San Francisco, California 94111<br>(415) 362-3800<br>Attorneys for Plaintiff<br>Unuson Corporation | Stephen N. Hollman, Esq.<br>Business & Technology Law Group<br>160 W. Santa Clara Street, Ste. 1050<br>San Jose, California 95113<br>(408) 282-1949<br>Attorneys for Defendant<br>Built Entertainment Group, Inc. |

1  After consideration of the foregoing Stipulation, the reasons therefor, and all other matters
2 presented to this Court, IT IS HEREBY ORDERED that (i) the time for satisfaction of the ADR
3 requirement in this case be extended to and through August 31, 2006; and (ii) the Case Management
4 Conference, which is now calendared for Monday, June 26, 2006 at 3:00 p.m., be continued to Monday,
5 September 11, 2006, at 3:00 p.m.

6  Dated: June 20, 2006

IT IS SO ORDERED

_____
HON. MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE

Judge Marilyn H. Patel

**STIPULATED REQUEST TO ENLARGE TIME FOR ADR COMPLIANCE AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
Case # C-05-3705 MHP