|   |   |
|---|---|
| 1 | SHELDON R. MEYER (SBN 063491) (Email: srm@fdml.com)<br>THOMAS A. WARD (SBN 160659) (Email: taw@fdml.com) |
| 2 | MICHAEL L. ROBBINS (SBN 224087) (Email: mrobbins@fdml.com)<br>FLIESLER MEYER LLP |
| 3 | Four Embarcadero Center<br>Fourth Floor |
| 4 | San Francisco, California 94111-4156<br>Telephone: (415) 362-3800 |
| 5 | Facsimile: (415) 362-2928 |
| 6 | Attorneys for Plaintiff Unuson Corporation. |
| 7 | STEPHEN N. HOLLMAN (SBN 055219) (Email: snh@bestintechnologylaw.com)<br>Business & Technology Law Group |
| 8 | 160 W. Santa Clara Street, Suite 1050<br>San Jose, California 95113 |
| 9 | Telephone: (408) 282-1949<br>Facsimile: (408) 275-9930 |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| UNUSON CORPORATION, a California corporation, | ) ) ) | CASE NO. C 05 3705 MHP |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| vs. | ) ) ) | |
| BUILT ENTERTAINMENT GROUP, INC., a California corporation, and DOES 1-10, | ) ) ) ) | [*Electronic digital signatures permitted*] |
| Defendants. | ) ) | |
| BUILT ENTERTAINMENT GROUP, INC., a California corporation, | ) ) ) ) | |
| Counterclaimant, | ) ) | |
| vs. | ) ) | |
| UNUSON CORPORATION, a California corporation, | ) ) ) ) | |
| Counterdefendant. | ) ) ) ) | |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Action No. C-05-03705 MHP

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Unuson Corporation, and Defendant, Built Entertainment Group, Inc., acting through their undersigned attorneys of record in this action stipulate as follows:

1. This action, including all claims and counterclaims, is to be dismissed in its entirety with prejudice.

2. All parties shall bear their own respective costs, expenses, and attorneys fees.

Dated: September 12, 2006

| digitally signed/*Sheldon R. Meyer* | digitally signed/*Stephen N. Hollman* |
|---|---|
| Sheldon R. Meyer, Esq. | Stephen N. Hollman, Esq. |
| Fliesler Meyer LLP | Business & Technology Law Group |
| Four Embarcadero Center, 4th Floor | 160 W. Santa Clara Street, Suite 1050 |
| San Francisco, California 94111 | San Jose, California 95113 |
| Telephone: (415) 362-3800 | Telephone: (408) 282-1949 |
| | |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| Unuson Corporation | Built Entertainment Group, Inc. |

After consideration of the foregoing Stipulation, IT IS HEREBY ORDERED that this action, including all claims and counterclaims, is to be dismissed in its entirety with prejudice.

Dated: September 18, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**
Action No. C-05-03705 MHP